UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEREMY D. LIEBICH,

          Petitioner,

v.

JEFFREY A UTTECHT,

          Respondent.

CASE NO. 3:20-CV-5053-BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 12. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     This case is **DISMISSED** with prejudice;

(3)     A certificate of appealability is **DENIED**; and

(4)     The Clerk shall close this case.

Dated this 12th day of August, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER